# UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

ROCKET MORTGAGE, LLC F/K/A
QUICKEN LOANS, LLC F/K/A
QUICKEN LOANS, INC.,
a Michigan limited liability company,

      Plaintiff,

v.

SHARP LOAN, INC. F/K/A
STERLING HOMEX INC.,
a California corporation, and
REYNALDO REYES, an individual,

      Defendants.

Case No.: 2:26-cv-10392
Hon. Jonathan J.C. Grey
Magistrate Judge Curtis Ivy, Jr.

## DEFENDANT SHARP LOAN, INC.'S JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Defendant Sharp Loan, Inc. by and through their undersigned counsel, hereby submit its demand for a trial by jury on all issues so triable in the above-referenced matter.

      Respectfully submitted,

*/s/ Lena M. Gonzalez*
Moheeb H. Murray (P63893)
Lena M. Gonzalez (P81330)
Bush Seyferth PLLC
100 W Big Beaver Road, Ste. 400
Troy, MI 48084-5283
(248) 822-7815 | (248) 822-7000
murray@bsplaw.com
gonzalez@bsplaw.com
*Attorneys for Defendants*

Dated: April 29, 2026